UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS, MCALLEN DIVISION

| | |
|---|---|
| MANDY MCQUAID,<br><br>        Plaintiff,<br><br>    v.<br><br>YARD HOUSE, YARD HOUSE #8382, YARD HOUSE USA, INC. AND DARDEN RESTAURANTS, INC.,<br><br>        Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL OF ACTION BY DEFENDANTS, PURSUANT TO 28 U.S.C. §1441(b)**<br><br>State Petition Filed: 3/2/2023<br>Trial Date: Not Yet Set |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendant Yard House USA, Inc. (erroneously sued as Yard House, Yard House #8382, and Darden Restaurants, Inc.) hereby removes, to this Court, the state court action described below:

1.      On March 2, 2023, an action was commenced in and for the 206th District Court of Hidalgo County, entitled *Mandy McQuaid v. Yard House, Yard House #8382, Yard House USA, Inc. and Darden Restaurants, Inc.*, as Case Number C-0867-23-D.  Plaintiff served Defendant with the Petition on March 10, 2023.

2.      Plaintiff Mandy McQuaid is a citizen of the State of Texas.  Defendant Yard House USA, Inc. is incorporated in the State of Delaware with its principle place of business in the State of Florida. Additionally, the erroneously sued defendants (Yard House, Yard House #8382, and Darden Restaurants, Inc.) are incorporated in the State of Delaware with their principle place of business in the State of Florida. There is complete diversity of citizenship as required by 28 U.S.C. § 1332.

3.      Plaintiff's Petition pending in the state court meets the minimum amount in controversy of $75,000 required by 28 U.S.C. § 1332.  Plaintiff's Petition states the amount of damages to be over $200,000 but not more than $1,000,000.

4.      A true and correct copy of the executed citation is attached hereto as Exhibit "A," as required by 28 U.S.C. § 1446.

5.      A true and correct copy of Plaintiff's Petition is attached hereto as Exhibit "B," as required by 28 U.S.C. § 1446.

6.      The state court judge has issued no orders in this case.

7.      A true and correct copy of the state court docket sheet is attached hereto as Exhibit "C."

8.      An index of matters being filed is attached as Exhibit "D."

9.      A list of all counsel of record, including addresses, telephone numbers and parties represented is attached as Exhibit "E."

10.      Plaintiff's Petition pending in the state court is a civil action subject to diversity jurisdiction of the federal district courts under 28 U.S.C. § 1332.

11.      Removal to this District Court is proper under 28 U.S.C. § 1441(a) because the 206th District Court of Hidalgo County is geographically located within this District Court's jurisdiction.

12.      Removal is timely under 28 U.S.C. § 1446(b)(2)(B) because this Notice of Removal has been filed within 30 days of the service of the Plaintiff's Petition stating a claim within federal jurisdiction.

DATED:  April 3, 2023

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: _____
David R. Reeder, attorney in charge
Texas State Bar No. 24086551
SDTX Federal ID No. 3820754
Manning & Kass, Ellrod, Ramirez, Trester, LLP
901 Main Street, Suite 6530
Dallas, Texas 75202
Telephone: (214) 953-7669
Facsimile: (214) 953-7689
Attorneys for Defendant

1

**EXHIBIT A**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Electronically Filed
3/15/2023 10:21 AM
Hidalgo County District Clerks
Reviewed By: Mia Castillo

## RETURN OF SERVICE

**State of Texas**                    **County of Hidalgo**                    **206th District Court**

Case Number: C-0867-23-D

Plaintiff:
**MANDY MCQUAID**

vs.

Defendant:
**YARD HOUSE, YARD HOUSE #8382,
YARD HOUSE USA, INC. AND
DARDEN RESTAURANTS, INC.**

Received by KAREN VILLARREAL on the 9th day of March, 2023 at 5:17 pm to be served on **YARD HOUSE REGISTERED AGENT: CORPORATE CREATIONS NETWORK, INC., 5444 WESTHEIMER, #1000, HOUSTON, TX 77056**.

I, KAREN VILLARREAL, do hereby affirm that on the **10th day of March, 2023** at **8:47 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **CITATION, PLAINTIFFS ORIGINAL PETITION, RULE 193.7 NOTICE OF RELIANCE AND RULE 609 REQUEST FOR NOTICE OF CRIMINAL CONVICTIONS** with the date and hour of service endorsed thereon by me, to: **Maria Newman** as **Registered Agent** at the address of: **5444 WESTHEIMER, #1000, HOUSTON, TX 77056** on behalf of **YARD HOUSE**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and I am not a party to the suit. I am an authorized process server, in good standing, in the jurisdiction in which this service was made. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"My name is Karen Villarreal my date of birth is 4/15/1981 and my address is 6630 Hampden Point Court Houston, TX 77040. I declare under penalty of perjury that the foregoing is true and correct. Executed in Harris County, State of Texas on March 14, 2023 by Karen Villarreal declarant."

**KAREN VILLARREAL**
PSC-9537 Exp 2/28/2024

**Pronto Process
1406 W Salinas
San Antonio, TX 78207
(210) 226-7192**

Our Job Serial Number: BBW-2023002715

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

Electronically Filed
3/15/2023 10:21 AM
Hidalgo County District Clerks
Reviewed By: Mia   Castillo

C-0867-23-D
**206TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

**CITATION**
**THE STATE OF TEXAS**

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

YARD HOUSE
REGISTERED AGENT: CORPORATE CREATIONS
NETWORK, INC.,
5444 WESTHEIMER # 1000
HOUSTON, TEXAS 77056
OR ANYWHERE THIS DEFENDANT MAY BE FOUND

You are hereby commanded to appear by filing a written answer to the **PLAINTIFFS ORIGINAL PETITION, RULE 193.7 NOTICE OF RELIANCE AND RULE 609 REQUEST FOR NOTICE OF CRIMINAL CONVICTIONS** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Rose G. Reyna, 206th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 2nd day of March, 2023 and a copy of same accompanies this citation. The file number and style of said suit being C-0867-23-D, **MANDY MCQUAID VS YARD HOUSE, YARD HOUSE #8382, YARD HOUSE USA, INC. AND DARDEN RESTAURANTS, INC.**

Said Petition was filed in said court by Attorney JEFFREY J. TOM, 1802 BLANCO ROAD SAN ANTONIO TX 78212.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 9th day of March, 2023.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

**CINDY LOPEZ, DEPUTY CLERK**

Electronically Filed
3/15/2023 10:21 AM
Hidalgo County District Clerks
Reviewed By: Mia   Castillo

C-0867-23-D
## OFFICER'S RETURN

Came to hand on _____ of _____, 202____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____.  I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
        miles ....................$_____

_____
**DEPUTY**

**COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,
CONSTABLE OR CLERK OF THE COURT**

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 202___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas
Date of Expiration / PSC Number**

Electronically Filed
3/15/2023 10:21 AM
Hidalgo County District Clerks
Reviewed By: Valerie Garza

# RETURN OF SERVICE

**State of Texas**                    **County of Hidalgo**                    **206th District Court**

Case Number: C-0867-23-D

Plaintiff:
**MANDY MCQUAID**

vs.

Defendant:
**YARD HOUSE, YARD HOUSE #8382,**
**YARD HOUSE USA, INC. AND**
**DARDEN RESTAURANTS, INC.**

BBW2023002711-2

Received by KAREN VILLARREAL on the 9th day of March, 2023 at 5:17 pm to be served on **DARDEN RESTAURANTS, INC. REGISTERED AGENT: CORPORATE CREATIONS NETWORK, INC., 5444 WESTHEIMER, #1000, HOUSTON, TX 77056**.

I, KAREN VILLARREAL, do hereby affirm that on the **10th day of March, 2023** at **8:47 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **CITATION, PLAINTIFFS ORIGINAL PETITION, RULE 193.7 NOTICE OF RELIANCE AND RULE 609 REQUEST FOR NOTICE OF CRIMINAL CONVICTIONS** with the date and hour of service endorsed thereon by me, to: **Maria Newman** as **Registered Agent** at the address of: **5444 WESTHEIMER, #1000, HOUSTON, TX 77056** on behalf of **DARDEN RESTAURANTS, INC.,** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and I am not a party to the suit. I am an authorized process server, in good standing, in the jurisdiction in which this service was made. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"My name is  Karen Villarreal  my date of birth is 4/15/1981  and my address is 6630 Hampden Point Court Houston, TX 77040.  I declare under penalty of perjury that the foregoing is true and correct.  Executed in Harris County, State of Texas  on March 14, 2023 by Karen Villarreal  declarant."

**KAREN VILLARREAL**
PSC-9537 Exp 2/28/2024

**Pronto Process**
**1406 W Salinas**
**San Antonio, TX 78207**
**(210) 226-7192**

Our Job Serial Number: BBW-2023002711

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

Electronically Filed
3/15/2023 10:21 AM
Hidalgo County District Clerks
Reviewed By: Valerie Garza

C-0867-23-D
**206TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

**CITATION**
**THE STATE OF TEXAS**

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**DARDEN RESTAURANTS, INC.**
**REGISTERED AGENT: CORPORATE**
**CREATIONS NETWORK, INC**
**5444 WESTHEIMER #1000**
**HOUSTON, TEXAS 77056**
**OR ANYWHERE THIS DEFENDANT MAY BE FOUND**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFFS ORIGINAL PETITION, RULE 193.7 NOTICE OF RELIANCE AND RULE 609 REQUEST FOR NOTICE OF CRIMINAL CONVICTIONS** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Rose G. Reyna, 206th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 2nd day of March, 2023 and a copy of same accompanies this citation. The file number and style of said suit being C-0867-23-D, **MANDY MCQUAID VS YARD HOUSE, YARD HOUSE #8382, YARD HOUSE USA, INC. AND DARDEN RESTAURANTS, INC.**

Said Petition was filed in said court by Attorney JEFFREY J. TOM, 1802 BLANCO ROAD SAN ANTONIO TX 78212.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 9th day of March, 2023.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

_____
**CINDY LOPEZ, DEPUTY CLERK**

Electronically Filed
3/15/2023 10:21 AM
Hidalgo County District Clerks
Reviewed By: Valerie Garza

**C-0867-23-D**
# OFFICER'S RETURN

Came to hand on _____ of _____, 202____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:  serving ... copy(s) $_____
        miles ...................$_____

_____
**DEPUTY**

## COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 202___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / PSC Number**

Electronically Filed
3/15/2023 10:22 AM
Hidalgo County District Clerks
Reviewed By: Valerie Garza

# RETURN OF SERVICE

| State of Texas | County of Hidalgo | 206th District Court |
| --- | --- | --- |

Case Number: C-0867-23-D

Plaintiff:
**MANDY MCQUAID**

vs.

Defendant:
**YARD HOUSE, YARD HOUSE #8382,
YARD HOUSE USA, INC. AND
DARDEN RESTAURANTS, INC.**

BBW2023002713-2

Received by KAREN VILLARREAL on the 9th day of March, 2023 at 5:17 pm to be served on **YARD HOUSE USA, INC. REGISTERED AGENT: CORPORATE CREATIONS NETWORK, INC., 5444 WESTHEIMER, #1000, HOUSTON, TX 77056**.

I, KAREN VILLARREAL, do hereby affirm that on the **10th day of March, 2023** at **8:47 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **CITATION, PLAINTIFFS ORIGINAL PETITION, RULE 193.7 NOTICE OF RELIANCE AND RULE 609 REQUEST FOR NOTICE OF CRIMINAL CONVICTIONS** with the date and hour of service endorsed thereon by me, to: **Maria Newman** as **Registered Agent** at the address of: **5444 WESTHEIMER, #1000, HOUSTON, TX 77056** on behalf of **YARD HOUSE USA, INC.,** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and I am not a party to the suit. I am an authorized process server, in good standing, in the jurisdiction in which this service was made. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"My name is  Karen Villarreal  my date of birth is 4/15/1981  and my address is 6630 Hampden Point Court Houston, TX 77040.  I declare under penalty of perjury that the foregoing is true and correct.  Executed in Harris County, State of Texas  on March 14, 2023 by Karen Villarreal  declarant."

**KAREN VILLARREAL**
PSC-9537 Exp 2/28/2024

**Pronto Process
1406 W Salinas
San Antonio, TX 78207
(210) 226-7192**

Our Job Serial Number: BBW-2023002713

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

Electronically Filed
3/15/2023 10:22 AM
Hidalgo County District Clerks
Reviewed By: Valerie Garza

C-0867-23-D
## 206TH DISTRICT COURT, HIDALGO COUNTY, TEXAS

### CITATION
### THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**YARD HOUSE USA, INC**
**REGISTERED AGENT: CORPORATE**
**CREATIONS NETWORK, INC**
**5444 WESTHEIMER #1000**
**HOUSTON, TEXAS 77056**
**OR ANYWHERE THIS DEFENDANT MAY BE FOUND**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFFS ORIGINAL PETITION, RULE 193.7 NOTICE OF RELIANCE AND RULE 609 REQUEST FOR NOTICE OF CRIMINAL CONVICTIONS** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Rose G. Reyna, 206th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 2nd day of March, 2023 and a copy of same accompanies this citation. The file number and style of said suit being C-0867-23-D, **MANDY MCQUAID VS YARD HOUSE, YARD HOUSE #8382, YARD HOUSE USA, INC. AND DARDEN RESTAURANTS, INC.**

Said Petition was filed in said court by Attorney JEFFREY J. TOM, 1802 BLANCO ROAD SAN ANTONIO TX 78212.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 9th day of March, 2023.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

_____
**CINDY LOPEZ, DEPUTY CLERK**

Electronically Filed
3/15/2023 10:22 AM
Hidalgo County District Clerks
Reviewed By: Valerie Garza

## C-0867-23-D
## OFFICER'S RETURN

Came to hand on _____ of _____, 202____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:  serving ... copy(s) $_____
miles ....................$_____

_____
**DEPUTY**

### COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 202___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas
Date of Expiration / PSC Number**

Electronically Filed
3/15/2023 10:22 AM
Hidalgo County District Clerks
Reviewed By: Valerie Garza

# RETURN OF SERVICE

| State of Texas | County of Hidalgo | 206th District Court |
|---|---|---|

Case Number: C-0867-23-D

Plaintiff:
**MANDY MCQUAID**

vs.

Defendant:
**YARD HOUSE, YARD HOUSE #8382,
YARD HOUSE USA, INC. AND
DARDEN RESTAURANTS, INC.**

BBW2023002714-2

Received by KAREN VILLARREAL on the 9th day of March, 2023 at 5:17 pm to be served on **YARD HOUSE #8382 REGISTERED AGENT: CORPORATE CREATIONS NETWORK, INC., 5444 WESTHEIMER, #1000, HOUSTON, TX 77056**.

I, KAREN VILLARREAL, do hereby affirm that on the **10th day of March, 2023** at **8:47 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **CITATION, PLAINTIFFS ORIGINAL PETITION, RULE 193.7 NOTICE OF RELIANCE AND RULE 609 REQUEST FOR NOTICE OF CRIMINAL CONVICTIONS** with the date and hour of service endorsed thereon by me, to: **Maria Newman** as **Registered Agent** at the address of: **5444 WESTHEIMER, #1000, HOUSTON, TX 77056** on behalf of **YARD HOUSE #8382**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and I am not a party to the suit. I am an authorized process server, in good standing, in the jurisdiction in which this service was made. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"My name is  Karen Villarreal  my date of birth is 4/15/1981  and my address is 6630 Hampden Point Court  Houston, TX 77040.  I declare under penalty of perjury that the foregoing is true and correct.  Executed in Harris County, State of Texas  on March 14, 2023 by Karen Villarreal  declarant."

**KAREN VILLARREAL**
PSC-9537 Exp 2/28/2024

**Pronto Process
1406 W Salinas
San Antonio, TX 78207
(210) 226-7192**

Our Job Serial Number: BBW-2023002714

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

Electronically Filed
3/15/2023 10:22 AM
Hidalgo County District Clerks
Reviewed By: Valerie Garza

C-0867-23-D
## 206TH DISTRICT COURT, HIDALGO COUNTY, TEXAS

## CITATION
## THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**YARD HOUSE #8382**
**REGISTERED AGENT: CORPORATE**
**CREATIONS NETWORK, INC.,**
**5444 WESTHEIMER #1000**
**HOUSTON, TEXAS 77056**
**OR ANYWHERE THIS DEFENDANT MAY BE FOUND.**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFFS ORIGINAL PETITION, RULE 193.7 NOTICE OF RELIANCE AND RULE 609 REQUEST FOR NOTICE OF CRIMINAL CONVICTIONS** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Rose G. Reyna, 206th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 2nd day of March, 2023 and a copy of same accompanies this citation. The file number and style of said suit being C-0867-23-D, **MANDY MCQUAID VS YARD HOUSE, YARD HOUSE #8382, YARD HOUSE USA, INC. AND DARDEN RESTAURANTS, INC.**

Said Petition was filed in said court by Attorney JEFFREY J. TOM, 1802 BLANCO ROAD SAN ANTONIO TX 78212.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 9th day of March, 2023.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

_____
**CINDY LOPEZ, DEPUTY CLERK**

Electronically Filed
3/15/2023 10:22 AM
Hidalgo County District Clerks
Reviewed By: Valerie Garza

## C-0867-23-D
## OFFICER'S RETURN

Came to hand on _____ of _____, 202____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
        miles ...................$_____

_____
**DEPUTY**

### COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 202___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / PSC Number**

1

## **EXHIBIT B**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Electronically Filed
3/2/2023 10:47 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

CAUSE NO. <u>C-0867-23-D</u>

| | |
|---|---|
| MANDY MCQUAID | IN THE DISTRICT COURT |
| *Plaintiff,* | |
| Vs. | _____ JUDICIAL DISTRICT |
| YARD HOUSE, YARD HOUSE #8382, YARD HOUSE USA, INC. AND DARDEN RESTAURANTS, INC. | |
| *Defendants.* | OF HIDALGO COUNTY, TEXAS |

## PLAINTIFFS ORIGINAL PETITION, RULE 193.7 NOTICE OF RELIANCE AND RULE 609 REQUEST FOR NOTICE OF CRIMINAL CONVICTIONS

TO THE HONORABLE JUDGE OF THE COURT:

NOW COMES MANDY MCQUAID, Plaintiff in the above entitled cause, and files this her Original Petition complaining of Defendants, YARD HOUSE, YARD HOUSE #8382, YARD HOUSE USA, INC. (collectively "YARD HOUSE"), and DARDEN RESTAURANTS, INC., and for cause of action would respectfully show the Court the following:

### I.
### DISCOVERY CONTROL PLAN/NON-EXPEDITED ACTION

1.1. The damages sustained by Plaintiff are ongoing and include both economic and non-economic elements. Plaintiff seeks to rely on the jury's valuation of the damages based on the evidence presented at trial. Nevertheless, Plaintiff must make a statement of the maximum amount of damages and, therefore, states that amount to be over $200,000 but not more than $1,000,000. Plaintiff reserves the right to amend these amounts if a jury awards an amount in excess of $1,000,000.

Electronically Filed
3/2/2023 10:47 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-0867-23-D**

1.2.   Plaintiff requests a Level 3 discovery plan as provided by the Texas Rules of Civil Procedure.

## II.
## PARTIES

2.1.   Plaintiff, MANDY MCQUAID, is an individual residing in Hidalgo County, Texas.

2.2.   Defendant, YARD HOUSE, is an assumed or common name. Tex. R. Civ. P 28. Based on information and belief, the Defendant, YARD HOUSE, is the assumed or common name used YARD HOUSE USA, INC., which is a Delaware organization doing business in Texas. Accordingly, Defendant, YARD HOUSE may be served by service of process on its registered agent, CORPORATE CREATIONS NETWORK, INC., AT 5444 Westheimer #1000 Houston, Texas 77056, or anywhere this Defendant may be found.

2.3.   Defendant, YARD HOUSE #8382, is an assumed or common name. Tex. R. Civ. P. 28. Based on information and belief, the Defendant, YARD HOUSE #8382, is the assumed or common name used YARD HOUSE USA, INC., which is a Delaware organization doing business in Texas. Accordingly, Defendant, YARD HOUSE may be served by service of process on its registered agent, CORPORATE CREATIONS NETWORK, INC., AT 5444 Westheimer #1000 Houston, Texas 77056, or anywhere this Defendant may be found.

2.4.   Defendant, YARD HOUSE USA, INC., is a Delaware organization doing business in Texas and may be served by service of process on its registered agent,

Electronically Filed
3/2/2023 10:37 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-0867-23-D**

CORPORATE CREATIONS NETWORK, INC., AT 5444 Westheimer #1000 Houston, Texas 77056, or anywhere this Defendant may be found.

2.5.    Defendant, DARDEN RESTAURANTS, INC., is a Florida organization doing business in Texas and may be served by service of process on its registered agent, CORPORATE CREATIONS NETWORK INC., at 801 US Highway 1, North Palm Beach, Florida 33408, or anywhere this Defendant may be found.

### III.
### JURISDICTION AND VENUE

3.1.    Venue is proper in Hidalgo County, Texas pursuant to Texas Civil Practice & Remedies Code § 15.001 et seq. because all or a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in Hidalgo County, Texas.

3.2.    This court has jurisdiction over this case and the damages sought are within the jurisdictional limits of this court.

### IV.
### FACTS

4.1.    On or about May 3, 2021, Plaintiff, MANDY MCQUAID, slipped and fell on slippery, wet flooring while dining at the Yard House restaurant located at 2200 S 10th St, McAllen, County, Texas 78501 ("the premises"). Defendants, YARD HOUSE, YARD HOUSE #8382, YARD HOUSE USA, INC. and/or DARDEN RESTAURANTS, INC., own, operate or otherwise control the subject Yard House restaurant.

4.2.    The slippery flooring condition was caused by a liquid substance on the floor,

Electronically Filed
3/2/2023 10:47 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-0867-23-D**

possibly water. Defendants knew or should have known about the slippery condition of the floor. The wet and slippery condition was a known and an unreasonably dangerous condition. Defendants knew or should have known of the subject unreasonable dangerous condition within its premises and failed to warn or remove the dangerous condition.

4.3.     As a result of Defendants' negligence, Plaintiff sustained personal injuries requiring medical examination and treatment. Further, Plaintiff suffered physical impairment, disfigurement, loss of wages, loss of earning capacity, and pain and mental anguish.

**V.**
**CAUSES OF ACTION**

5.1     Plaintiff asserts the following claims and causes of action against YARD HOUSE, YARD HOUSE #8382, YARD HOUSE USA, INC. AND DARDEN RESTAURANTS, INC., Defendants, as follows:

**Premise Liability Cause of Action against Defendants**

5.2.     At all times relevant to this action, Plaintiff was an invitee on Defendants', YARD HOUSE, YARD HOUSE #8382, YARD HOUSE USA, INC. and/or DARDEN RESTAURANTS, INC.'s premises. Defendants owed Plaintiff a duty to exercise ordinary care to protect Plaintiff from those risks of which Defendants were actually aware and also to protect Plaintiff from those risks of which Defendants should have been aware after reasonable inspection.

5.3.     Defendants had actual or constructive knowledge of the condition of the

Electronically Filed
3/2/2023 10:47 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-0867-23-D**

premises and had actual or constructive knowledge of the presence of the slippery flooring caused by liquid, water or moisture accumulation on the floor. This condition posed an unreasonable risk of harm. The Defendants knew or reasonably should have known of the danger. Defendants failed to exercise ordinary care to protect Plaintiff from the danger, both by failing to adequately warn plaintiff of the condition and failing to make that condition reasonably safe. Defendants' failure to use such care proximately caused Plaintiff's injuries.

5.4.    Based on information and belief, Defendants had actual or constructive knowledge the floor accumulated moisture in front of the restrooms. A manager working for Defendants even walked up to Plaintiff and informed her that there was a leak coming from the ceiling which caused her to fall, despite this leak being known, unmarked and Plaintiff not being warned of the same.

5.5.    Defendants failed to warn Plaintiff of the unreasonably dangerous condition of the floor and otherwise failed to make the wet and slippery condition safe by:

A.    Allowing the slippery substance, water accumulation, or water to remain on the floor of the premises while patrons were using the restaurant facilities;

B.    Failing to prevent the accumulation of moisture on the floor;

C.    Failing to dry the floor after moisture accumulated on the floor;

D.    Failing to use a floor mat;

E.    Failing to make the floor safe from moisture accumulation;

F.    Failing to remove the slippery substance from the floor of the restaurant;

G.    Failing to close the slippery flooring area to the restaurant's patrons;

H.    Failing to warn Plaintiff of the dangers associated with the wet, moist

Electronically Filed
3/2/2023 10:47 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-0867-23-D**

or slippery floor;

I.    Failing to warn Plaintiff of the moisture with a wet floor sign;

J.    Failing to follow industry standards for making the floor safe;

K.    Failing to follow their own rules and guidelines for making the floor safe;

L.    Failing to otherwise warn Plaintiff of the danger; and

M.    Failing to otherwise make its premises safe.

5.6.    As a result of the conduct of Defendants as described above, Plaintiff slipped on the liquid, water or moisture accumulation on the floor and fell to the floor, suffering serious personal injuries and related damages for which she hereby sues.

5.7.    The negligent acts and omissions committed by Defendants' servants, agents, and employees, while acting in the course and scope of their employment for Defendants, was in breach of Defendants' duties to Plaintiff. Defendants are vicariously liable for the negligent acts of their servants, agents, and employees, while acting in the course and scope of their employment for Defendants.

## VI.
## DAMAGES

6.1.    As a direct and proximate cause of the occurrence made the basis of this lawsuit, Plaintiff sustained damages and hereby sues to recover the following:

A.    Costs for reasonable and necessary medical care in the past and future;

B.    Physical pain and mental anguish in the past and future;

C.    Physical impairment in the past and future;

D.    Physical disfigurement in the past and future;

E.    Loss of wages in the past and future; and

Electronically Filed
3/2/2023 10:47 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-0867-23-D**

F.     Loss of earning capacity in the past and future.

## VII.
## JURY DEMAND

7.1.   Plaintiff demands a trial by jury and tenders the requisite fee.

## VIII.
## NOTICE OF RELIANCE

81.    Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives notice of intent to utilize all documents and tangible items produced by any party through discovery, together with all deposition exhibits and documents obtained by written questions, in any pre-trial proceeding and/or trial.

## IX.
## REQUEST FOR NOTICE OF CRIMINAL CONVICTIONS

9.1.   Pursuant to Rule 609 of the Texas Rules of Civil Evidence, request is hereby made for written notice of intent to use evidence of a conviction, if any, against any of the witnesses named by Plaintiff as persons with knowledge of relevant facts. Sufficient advance written notice of intent to use such evidence is requested to provide a fair opportunity to contest the use of such evidence.  Said notice is requested not later than thirty (30) days before trial.

## X.
## DESIGNATED E-SERVICE EMAIL ADDRESS

10.1.  The following is the undersigned attorney's designated e-service email address for all eserved documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) & 21a: eservice@mcfirm.com. This is the undersigned's only e-service

Electronically Filed
3/2/2023 10:47 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-0867-23-D**

email address, and service through any other email address will be considered invalid.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that Defendants be cited, answer and appear and that, upon a final hearing of the cause, judgment be entered for the Plaintiff for actual and special damages, together with pre- and post-judgment interest as allowed by law, costs of Court, and such other and further relief to which Plaintiff may be entitled at law or in equity.

Respectfully submitted,

**MARTIN, CUKJATI & TOM, L.L.P.**

Jeffrey J. Tom
State Bar No. 24056443
Jacob D. Cukjati
State Bar No. 24101188
Alec C. Perez
State Bar No. 24130149
1802 Blanco Road
San Antonio, Texas  78212
Telephone:  (210) 223-2627
Facsimile:  (210) 223-5052
Email:  attorney@mcfirm.com

By: _/s/ Jeffrey J. Tom_
    Jeffrey J. Tom
    State Bar No. 24056443
    Jacob D. Cukjati
    State Bar No. 24101188

ATTORNEYS FOR PLAINTIFF

1

**EXHIBIT C**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back Location : All Courts    Images

# REGISTER OF ACTIONS
## CASE NO. C-0867-23-D

| | |
|---|---|
| **MANDY MCQUAID VS YARD HOUSE, YARD HOUSE #8382, YARD HOUSE USA, INC. AND DARDEN RESTAURANTS, INC.** | Case Type: **Injury or Damage - Other (OCA)**<br>Date Filed: **03/02/2023**<br>Location: **206th District Court** |

§<br>§<br>§<br>§<br>§<br>§

---

## PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| Defendant | **DARDEN RESTAURANTS, INC.** | |
| Defendant | **YARD HOUSE** | |
| Defendant | **YARD HOUSE ??#8382** | |
| Defendant | **YARD HOUSE USA, INC** | |
| Plaintiff | **McQuaid, Mandy** | **Jacob Cukjati**<br>*Retained*<br>210-223-2627(W) |

---

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 03/02/2023 | **Original Petition (OCA)** |
| 03/02/2023 | **Request for Service** |
| 03/09/2023 | **Citation** |

| | | |
|---|---|---|
| YARD HOUSE | Served | 03/10/2023 |
| | Returned | 03/15/2023 |
| YARD HOUSE ??#8382 | Served | 03/10/2023 |
| | Returned | 03/15/2023 |
| YARD HOUSE USA, INC | Served | 03/10/2023 |
| | Returned | 03/15/2023 |
| DARDEN RESTAURANTS, INC. | Served | 03/10/2023 |
| | Returned | 03/15/2023 |

| | |
|---|---|
| 03/09/2023 | **Citation Issued** |
| 06/06/2023 | **Tickler**  (5:30 PM) (Judicial Officer Reyna, Rose G.)<br>*REVIEW FILE* |

---

## FINANCIAL INFORMATION

| | |
|---|---|
| **Plaintiff** McQuaid, Mandy | |
| Total Financial Assessment | 392.00 |
| Total Payments and Credits | 392.00 |
| **Balance Due as of 04/03/2023** | **0.00** |

| | | | |
|---|---|---|---|
| 03/02/2023 | Transaction Assessment | | 392.00 |
| 03/02/2023 | EFile Payments from TexFile | Receipt # DC-2023-003475    McQuaid, Mandy | (255.00) |
| 03/02/2023 | State Credit | | (137.00) |

1

**<u>EXHIBIT D</u>**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF TEXAS, MCALLEN DIVISION**

| | |
|---|---|
| MANDY MCQUAID,<br><br>          Plaintiff,<br><br>     v.<br><br>YARD HOUSE, YARD HOUSE #8382,<br>YARD HOUSE USA, INC. AND DARDEN<br>RESTAURANTS, INC.,<br><br>          Defendants. | Case No.:<br><br>**INDEX OF STATE AND FEDERAL<br>COURT FILINGS**<br><br>State Petition Filed: 3/2/2023<br>Trial Date: Not Yet Set |

**Filings in State Court**

| | | |
|---|---|---|
| 1. | Plaintiff's Original Petition | 3/02/2023 |
| 2. | Request for Service | 3/02/2023 |
| 3. | Citation | 3/09/2023 |
| 4. | Citations Issued | 3/09/2023 |

**Filings in SDTX**

1.    Notice of Removal of Action by Defendants, Pursuant to 28 U.S.C. § 1441(b)

1.1    Exhibit A to Notice of Removal – Executed citation, as required by Local Rule 81

1.2    Exhibit B to Notice of Removal – Plaintiff's filed marked Petition, as required by Local

Rule 81

1.3    Exhibit C to Notice of Removal – State Court docket, as required by Local Rule 81

1.4    Exhibit D to Notice of Removal – Index of matters being filed, as required by Local Rule

81

1

1.5     Exhibit E to Notice of Removal – A list of all counsel of record, including addresses,

telephone numbers and parties represented, as required by Local Rule 81

2.     JS 44 Civil Cover Sheet

3.     Certificate of Interested Parties, as required by Federal Rule of Civil Procedure 7.1

1

**EXHIBIT E**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A list of all counsel of record, including addresses, telephone numbers and parties represented.

David R. Reeder. attorney in charge
Texas State Bar No. 24086551
SDTX Federal ID No. 3820754
Manning & Kass, Ellrod, Ramirez, Trester LLP
901 Main Street, Suite 6530
Dallas, Texas 75202
Telephone: (214) 953-7669
Facsimile: (214) 953-7689
David.Reeder@manningkass.com

Attorney for Defendant
Yard House USA, Inc. (erroneously sued as Yard House, Yard House #8382, and Darden
Restaurants, Inc.)


Jeffrey J. Tom
Texas State Bar No. 24056443
Martin, Cukjati & Tom, LLP
1802 Blanco Road
San Antonio, Texas 78212
Telephone: (210) 223-2627
Facsimile: (210) 223-5052
attorney@mcfirm.com

Attorney for Plaintiff
Mandy McQuaid

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served upon all counsel of record pursuant to the Federal Rules of Civil Procedure via CM/ECF on April 3, 2023.

_/s/ David Reeder_
David Reeder
