United States District Court
Southern District of Texas
**ENTERED**
November 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MANDY MCQUAID, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:23-CV-00111 |
| | § | |
| YARD HOUSE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE

Now before the Court is the Agreed Motion for Dismissal filed by Plaintiff Mandy McQuaid and Defendants Yard House, Yard House #8382, Yard House USA, Inc., and Darden Restaurants, Inc. (Dkt. No. 13). The Court, after considering the Motion, believes it to be in accordance with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Court costs will be paid by the party incurring same.

The Clerk of Court is hereby **DIRECTED** to close this case.

SO ORDERED November 29, 2023, at McAllen, Texas.

Randy Crane
Chief United States District Judge